FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2015 OCT 22  P 1:00

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



## THIRD SUPERSEDING INDICTMENT FOR CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE, DISTRIBUTION OF A CONTROLLED SUBSTANCE, TAMPERING WITH A WITNESS AND OBSTRUCTION OF AN OFFICIAL PROCEEDING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 14-284 |
| v. | * | SECTION: "H" |
| BRANDON LICCIARDI<br>ERIK J. NUNEZ | * | VIOLATIONS: 18 U.S.C. § 1512(b)(2)(A)<br>18 U.S.C. § 1512(c)(1)<br>18 U.S.C. § 2<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 841(b)(2)<br>21 U.S.C. § 841(b)(7)(A) |

* * *

The Grand Jury Charges That:

### COUNT ONE

In or about December 2013, in the Eastern District of Louisiana, the defendant, **BRANDON LICCIARDI**, did knowingly attempt to corruptly persuade a witness by requesting her to not provide law enforcement officials with certain information concerning his involvement with the target of an investigation with the intent to cause and induce that witness to withhold

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

testimony from an official proceeding, that is a federal grand jury; all in violation of Title 18, United States Code, Section 1512(b)(2)(A).

## COUNT TWO

On or about March 4, 2014, in the Eastern District of Louisiana, the defendant, **BRANDON LICCIARDI**, did knowingly attempt to corruptly persuade a witness by requesting her to not provide law enforcement officials with certain information concerning his involvement with the target of an investigation with the intent to cause and induce that witness to withhold testimony from an official proceeding, that is, a federal grand jury; all in violation of Title 18, United States Code, Section 1512(b)(2)(A).

## COUNT THREE

Between on or about September 23, 2013, and December 1, 2013, said dates being approximate, in the Eastern District of Louisiana, the defendant, **ERIK J. NUNEZ**, aiding and abetting others, including Darren Sharper, did attempt to and corruptly alter, destroy, mutilate, and conceal an object, that is, a cellular telephone, and the information contained thereon, with the intent to impair the object's integrity or availability for use in an official proceeding, that is, a federal grand jury; all in violation of Title 18, United States Code, Section 1512(c)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

From at least January 2010, up to and including May 1, 2014, said dates being approximate, in the Eastern District of Louisiana and elsewhere, the defendants, **BRANDON**

**LICCIARDI** and **ERIK J. NUNEZ**, did knowingly and intentionally combine, conspire, confederate and agree with Darren Sharper and others, both known and unknown to the Grand Jury, to distribute methylenedioxymethamphetamine ("MDMA," "Ecstasy"), a Schedule I drug controlled substance; and Alprazolam, Diazepam, and Zolpidem, Schedule IV drug controlled substances, with the intent to commit a crime of violence, that is, rape, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(2) and (b)(7)(A); all in violation of Title 21, United States Code, Section 846.

### COUNT FIVE

On or about February 2, 2013, in the Eastern District of Louisiana, the defendant, **BRANDON LICCIARDI,** aiding and abetting others, did knowingly and intentionally distribute methylenedioxymethamphetamine ("MDMA," "Ecstasy"), a Schedule I controlled substance; and Alprazolam and Diazepam, Schedule IV drug controlled substances, with the intent to commit a crime of violence, that is rape; all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(2) and (b)(7)(A) and Title 18, United States Code, Section 2.

### COUNT SIX

On or about September 23, 2013, in the Eastern District of Louisiana, the defendant, **BRANDON LICCIARDI,** aiding and abetting others, including Darren Sharper, did knowingly and intentionally distribute methylenedioxymethamphetamine ("MDMA," "Ecstasy"), a Schedule I drug controlled substance, and Zolpidem, a Schedule IV drug controlled substance, with the intent to commit a crime of violence, that is rape; all in violation of Title 21, United

States Code, Sections 841(a)(1), (b)(1)(C), (b)(2) and (b)(7)(A) and Title 18, United States Code, Section 2.

## NOTICE OF WITNESS TAMPERING FORFEITURE

1. The allegations of Counts One and Two of this Third Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 1512 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

2. As a result of the offenses alleged in Counts One and Two of this Third Superseding Indictment, the defendant, **BRANDON LICCIARDI,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1512.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 1512 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

## NOTICE OF EVIDENCE TAMPERING FORFEITURE

1. The allegations of Count Three of this Third Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 1512 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

2. As a result of the offense alleged in Count Three of this Third Superseding Indictment, the defendant, **ERIK J. NUNEZ**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1512.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 1512 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts Four through Six of this Third Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts Four through Six of this Third Superseding Indictment, the defendant, **BRANDON LICCIARDI,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts Four through Six of this Third

Superseding Indictment.

3. As a result of the offenses alleged in Count Four of this Third Superseding Indictment, the defendant, **ERIK J. NUNEZ,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Count Four of this Third Superseding Indictment.

4. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any acts or omissions of the defendants, **BRANDON LICCIARDI** and **ERIK J. NUNEZ**:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

7

seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL:**



KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
for MARK A. MILLER
(MO Bar Roll No. 30488)
Assistant United States Attorney

_____
MICHAEL E. McMAHON
(LA Bar Roll No. 10095)
Assistant United States Attorney

New Orleans, Louisiana
October 22, 2015

FORM OBD-34

No. _14-284 "H"_

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_

_Criminal_ Division

## THE UNITED STATES OF AMERICA

vs.

**BRANDON LICCIARDI**
**ERIK J. NUNEZ**

## THIRD SUPERSEDING INDICTMENT

FOR

**CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE, DISTRIBUTION OF A CONTROLLED SUBSTANCE, TAMPERING WITH A WITNESS AND OBSTRUCTION OF AN OFFICIAL PROCEEDING**

**VIOLATIONS:** 18 U.S.C. § 1512(b)(2)(A); 18 U.S.C. § 1512(c)(1); 18 U.S.C. § 2; 21 U.S.C. § 846; 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C); 21 U.S.C. § 841(b)(2); and 21 U.S.C. § 841(b)(7)(A)

A tr____

Forep____

Filed in open court this _____ day of _____ A.D. 2015.

_____ Clerk

Bail, $ _____

_/s/ Michael E. McMahon_
Assistant United States Attorney Michael E. McMahon