# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 14-284** |
| **DARREN SHARPER** | **SECTION: "H"(4)** |

## ORDER

Pursuant to request, **IT IS ORDERED** that the status conference currently set on February 2, 2016, as to Defendant Darren Sharper is **CONTINUED AND RESET** on February 5, 2016 at 10:30 a.m.

New Orleans, Louisiana this 28th day of January, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1