## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 14-284** |
| **DARREN SHARPER**<br>**BRANDON LICCIARDI**<br>**ERIK NUNEZ** | **SECTION: "H"(4)** |

### ORDER

Pursuant to request, **IT IS ORDERED** that a status conference is **SET** on February 11, 2016 at 9:00 a.m. as to all defendants.

New Orleans, Louisiana this 5th day of February, 2016.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1