UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.   14-284 |
| BRANDON LICCIARDI | SEC.    "H" |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

Brandon Licciardi provides this memorandum in support of his motion to compel certain documents.  Mr. Licciardi recently requested documents from the government on Friday February 5, 2016.  Many of these items were included in previous discovery requests. Undersigned counsel has specifically requested a meeting with the government to determine if the outstanding discovery disputes can be resolved without the necessity of this Court's intervention. However, in light of the upcoming trial scheduled for March 7, 2016, Mr. Licciardi requests that the items requested in the attached letter which is being filed under seal be included on the Court's calendar for the February 24, 2016 hearing.

Specifically, Mr. Licciardi requests correspondence and messages received from witnesses that the government has indicated it intends to call at trial; cellular telephone records including cell location data for Darren Sharper's cell phones and Brandon Licciardi's cell phone; Darren Sharper's jail calls; State of Louisiana Grand Jury testimony; and any information presented to the Court regarding G.M. (*See* attached exhibit "A"- filed under seal)

WHEREFORE, Mr. Licciardi requests that the Court require the government to produce the above referenced materials.

Respectfully submitted,

/s/ BRIAN CAPITELLI
RALPH CAPITELLI LA BAR # 3858
BRIAN J. CAPITELLI, LA Bar # 27398
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
rc@capitelliandwicker.com
brian@capitelliandwicker.com
*Counsel for Brandon Licciardi*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2016 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Theodore Carter and Michael McMahon, Assistant United States Attorneys, 650 Poydras Street, New Orleans, Louisiana 70130.

/S/BRIAN J. CAPITELLI
BRIAN J. CAPITELLI