UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSES | NO: 14-284 |
| DARREN SHARPER<br>BRANDON LICCIARDI<br>ERIK NUNEZ | SECTION "H" |

# MINUTE ENTRY

On February 11, 2016, the Court held a status conference. Theodore Carter and Brandon Long participated on behalf of the United States of America; William Gibbons participated on behalf of Defendant Darren Sharper; Ralph Capitelli, Brian Capitelli, and Dorothy Graham da Ponte participated on behalf of Defendant Brandon Licciardi; and Sara Johnson and Herbert Larson participated on behalf of Defendant Erik Nunez. The parties discussed the pending Motion to Continue Trial (Doc. 222).

**IT IS ORDERED** that the Motion is **GRANTED**. Trial is **CONTINUED AND RESET** to commence beginning on May 16, 2016 at 8:30 a.m. The parties anticipate that trial of this matter will require two weeks. Written reasons for the continuance will follow this minute entry.

**IT IS FURTHER ORDERED** that the pretrial conference currently set for February 24, 2016 following the motions hearing is **CONVERTED** to a status conference. By February 22, 2016 at 4 p.m. the parties shall provide status reports, in letter form, advising the Court as to any issues to be discussed at this conference.

(JS-10:20)