## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 14-284** |
| **DARREN SHARPER** | **SECTION: "H"(4)** |

## ORDER

**IT IS ORDERED** that a plea hearing is **SET** on February 18, 2016 at 9:00 a.m. as to Defendant Darren Sharper.

New Orleans, Louisiana this 12th day of February, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1