UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-284 |
| VERSUS | SECTION "H" |
| DARREN SHARPER | |

### NOTICE OF PLEA AGREEMENT HEARING as to Sharper

Take Notice that this criminal case has been set for PLEA AGREEMENT HEARING on **MARCH 17, 2016 at 9:30 a.m.,** before DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: March 2, 2016 | WILLIAM W. BLEVINS, CLERK |
| TO:<br>DARREN SHARPER (IN CUSTODY) | by:   **Bridget Gregory**<br>         **Case Manager** |
| **COUNSEL FOR DEFENDANT**<br>WILLIAM P. GIBBENS<br>KYLE D. SCHONEKAS<br>IAN LEWIS ATKINSON<br>Schonekas, Evans, McGoey & McEachin, LLC<br>909 Poydras Street, Suite 1600<br>New Orleans, LA 70112 | AUSA: MICHAEL EDWARD MCMAHON<br>MARK MILLER<br>THEODORE R. CARTER, III<br>BRANDON LONG<br>New Orleans, LA 70130<br><br>U.S. Marshal |
| BLAIR BERK<br>HANS ALLHOFF<br>JULIANNE PRESCOP<br>Tarlow & Berk<br>9119 Sunset Blvd.<br>Los Angeles, CA 90069 | U.S. Probation Officer<br><br>U.S. Probation Office - U.S. Pretrial Services<br><br>**JUDGE MILAZZO**<br><br>**MAGISTRATE** |
| LISA M. WAYNE<br>Law Offices of Lisa M. Wayne<br>1775 Sherman Street, Suite 1650<br>Denver, CO 80203 | FOREIGN LANGUAGE INTERPRETER:<br><br>           NONE<br><br>FBI - Special Agent Robert Blythe |