UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-284 |
| v. | * | SECTION: "H" |
| DARREN SHARPER | * | |

\* \* \*

## ORDER

Considering the foregoing unopposed motion,

**IT IS HEREBY ORDERED** that the plea hearing for defendant Darren Sharper, presently set for March 17, 2016 at 9:30 a.m., is continued until March 22, 2016, at 9:30 a.m.

New Orleans, Louisiana, this ___16th___ day of March, 2016.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE