MINUTE ENTRY
MILAZZO, J.
MARCH 22, 2016

JS-10: 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 14-284 |
| DARREN SHARPER | SECTION "H" |

**PLEA AGREEMENT HEARING**

CASE MANAGER: BRIDGET GREGORY
COURT REPORTER: JODI SIMCOX
LAW CLERK: JAMES GILBERT

APPEARANCES: Michael E. McMahon, Theodore R. Carter, III and
Brandon Long, AUSA, for Government
William P. Gibbens,, for Defendant

Court begins at 9:30 a.m.
On May 29, 2015, Darren Sharper pled guilty to counts 4, 5, & 6 of the SUPERSEDING INDICTMENT.
On February 18, 2016, the Court rejected the Rule 11(c)(1)(C) plea agreement.
Defendant advised the Court that he would proceed with his plea of guilty to counts 4, 5, & 6 of the SUPERSEDING INDICTMENT.
Defendant is informed of rights to trial by jury or the Court and waives same.
Defendant is informed of the maximum penalties.
Defendant is informed of the Sentencing Guidelines.
Supplemental Plea Agreement is disclosed to the Court in letter form, signed by all parties and filed into the record.

The Court finds there is a factual basis for the guilty plea in this matter and that the defendant is fully competent to enter a plea of guilty and is pleading guilty knowingly and voluntarily.
The defendant is ADJUDGED GUILTY on plea of Guilty.
The Court accepts the Rule 11(c)(1)(B) plea agreement.
Sentencing is set for **June 16, 2016 at 9:30 a.m.**
Defendant is remanded to the custody of the U.S. Marshal and is to return on the date set for sentencing.

Court adjourned at 9:40 a.m.