UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 14-284 |
| BRANDON LICCIARDI<br>ERIK NUNEZ | SECTION: "H"(4) |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument on the following Motions on May 12, 2016 at 9:30 a.m.:

- Motion to Compel Compliance with Court Order (Doc. 308)
- Third Motion for Brady Materials (Doc. 309)
- Motion to Strike (Doc. 310)
- Motion to Dismiss Count One as Duplicitous (Doc. 311)
- Motion to Re-Urge Rec Doc. Nos 129, 203, 204, and 205 (Doc. 312)
- Motion to Request Evidentiary Hearing pursuant to FRE 104 (Doc. 313)
- Motion to Compel Discovery of Nunez's Statements (Doc 314)
- Motion to Compel Compliance with Court's Order Regarding Nunez's Motion for a Bill of Particulars (Doc. 315)
- Second Motion for Bill of Particulars (Doc. 316)
- Motion to Strike Surplusage (Doc. 317)
- Motion to Produce Grand Jury Transcripts (Doc. 318)

- Motion to Sever Defendant (Doc. 319)
- Motion to Dismiss Counts 1, 3, and 6 of the Fourth Superseding Indictment for Vindictive Prosecution (Doc. 320)
- Motion to Dismiss Count 6 (Doc. 321)
- Motion to Dismiss Counts 1 and 3 for Failure to State a violation of 21 U.S.C. 841(b)(7)(A) or in the alternative Motion to Strike (Doc. 323)
- Motion to Dismiss Counts 1 and 3 as Duplicitous (Doc. 324)

**IT IS FURTHER ORDERED** that a status conference shall immediately follow oral argument on these Motions.

New Orleans, Louisiana this 5th day of May, 2016.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**

2