MINUTE ENTRY
NORTH, MJ
MAY 27, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 14-284 |
| ERIK J. NUNEZ | SECTION H |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X  DEFENDANT
              X  COUNSEL FOR DEFENDANT  _Sara Johnson_
              X  ASSISTANT U.S. ATTORNEY  MICHAEL MCMAHON
              ___  INTERPRETER  _____ SWORN
              (TIME:  ____.M  to  ____.M)

X / READING OF THE FIFTH SUPERSEDING INDICTMENT: READ WAIVED **SUMMARIZED**
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

X DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JUNE 23, 2016 AT** 9:30 a.m.

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

X / TRIAL: **JULY 11, 2016 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

MJSTAR: 00: 02