UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 14-284 |
| ERIK NUNEZ | SECTION "H" |

**MOTION TO SUPPRESS EVIDENCE; REQUEST FOR A FRANKS HEARING; AND SUPPLEMENT TO MOTIONS DISMISS FOR VINDICTIVE PROSECUTION AND FOR INSPECTION OF GRAND JURY MATERIALS**

NOW INTO COURT, comes Erik Nunez, who moves the Court for a *Franks* hearing, followed by an order suppressing the evidence obtained from AT&T. Mr. Nunez moves the Court for a *Franks* hearing because the prosecution's application for an order to obtain information from AT&T regarding Mr. Nunez's account contains material falsehoods, and without those false statements, does not meet the burden to obtain such an order. Mr. Nunez moves for suppression because the facts of this case support a finding that the application for and information received from AT&T constitute a "search" as contemplated by the Fourth Amendment. Mr. Nunez asks the Court to consider the facts, as set forth in the memorandum, as additional grounds in support of his Motion to Dismiss for Vindictive Prosecution, as well as his Motion for Inspection of Grand Jury Materials.

WHEREFORE, Erik Nunez moves the Court for a *Franks* hearing, followed by an order suppressing the evidence obtained from AT&T.

1

Respectfully submitted,

*/s/Sara A. Johnson*
Herbert V. Larson, Jr. (La. Bar No. 8052)
Sara A. Johnson (La. Bar No. 31207)
The Law Offices of Herbert V. Larson, Jr.
700 Camp Street
New Orleans, LA 70130
(504) 528-9500
hvl@hvllaw.com
saj@hvllaw.com

Attorneys for Erik Nunez

**CERTIFICATE OF SERVICE**

This certifies that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

Dated: June 8, 2016.

*/s/Sara A. Johnson*
Sara A. Johnson