UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.   14-284 |
| BRANDON LICCIARDI | SEC.   "H" |

## MOTION TO DISMISS FOR PROSECUTORIAL/GOVERNMENTAL MISCONDUCT AND MISUSE OF THE GRAND JURY

**NOW INTO COURT**, through undersigned counsel, comes defendant, Brandon Licciardi, who, hereby files this motion to dismiss for prosecutorial/governmental misconduct and misuse of the Grand Jury for the following reasons:

1) The government in this matter has used the grand jury for an improper purpose- for discovery and trial preparation;

2) The government has engaged in continued improper communication with Courts; and

3) The government has allowed and had knowledge that the state judicial allotment process was manipulated.

WHEREFORE, for these reasons as more fully set forth in the attached memorandum,

Defendant Brandon Licciardi, hereby request that the Fifth Superseding indictment be dismissed in this matter.

Respectfully submitted,

__/s/ RALPH CAPITELLI__
RALPH CAPITELLI, LA Bar # 3858
BRIAN J. CAPITELLI, LA Bar # 27398
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Brandon Licciardi*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20the day of June, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/S/ RALPH CAPITELLI
RALPH CAPITELLI