UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-284 |
| VERSUS | SECTION "H" |
| BRANDON LICCIARDI<br>ERIK J. NUNEZ | |

### NOTICE OF MOTION HEARING

Take Notice that this criminal case has been set for **MOTION HEARING** on **WEDNESDAY, JUNE 29, 2016 at 1:00 p.m.,** before DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Court House Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| | WILLIAM W. BLEVINS, CLERK |
| DATE: June 24, 2016 | |
| TO: | by:   **Erin Mouledous** |
| BRANDON LICCIARDI  **(CUSTODY)** |         Case Manager |
| ERIK J. NUNEZ **(CUSTODY)** | |
| | AUSA: MICHAEL E. MCMAHON, |
| **COUNSEL FOR LICCIARDI** | THEODORE R. CARTER, III, |
| BRIAN J. CAPITELLI | MARK A. MILLER, |
| RALPH CAPITELLI | BRANDON LONG |
| 1100 Poydras St., Suite 2950 | New Orleans, LA 70130 |
| New Orleans, LA 70163 | |
| | U.S. Marshal |
| DOROTHY GRAHAM DA PONTE | |
| 3801 Canal Street, Suite 400 | U.S. Probation Officer |
| New Orleans, LA 70122 | |
| | U.S. Probation Office - U.S. Pretrial Services |
| **COUNSEL FOR NUNEZ** | |
| HERBERT VICTOR LARSON , JR. | **JUDGE MILAZZO** |
| SARA A. JOHNSON | |
| 700 Camp St. | **MAGISTRATE** |
| New Orleans, LA 70130 | |
| | FOREIGN LANGUAGE INTERPRETER: |
| If you change address, | |
| notify Clerk of Court |         NONE |
| by phone, 504-589-7600 | |