MINUTE ENTRY
MILAZZO, J.
July 5, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 14-284** |
| **BRANDON LICCIARDI**<br>**ERIK NUNEZ** | **SECTION "H"** |

## MINUTE ENTRY

On July 5, 2016, the Court held a status conference. Michael McMahon, Ted Carter, and Brandon Long participated on behalf of the United States of America; Ralph Capitelli, Brian Capitelli, and Dorothy Graham da Ponte participated on behalf of Defendant Brandon Licciardi; and Sara Johnson participated on behalf of Defendant Erik Nunez. The parties discussed the pending Motion to Continue Trial (Doc. 459).

**IT IS ORDERED** that the Motion is **GRANTED IN PART**. Jury selection in this matter shall commenced as scheduled on July 11, 2016 at 8:30 a.m. Once a jury is selected, the Court will recess and resume trial with opening statements on July 15, 2016 at 8:30 a.m.

(JS-10:60)